ORIGINAL

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) |
|---|---|
| v. | ) |
| Manuel Antonio Souza Espinoza | ) Case No. 3:22-mj-00064 |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

FILED 08 APR '22 09:56USDC-ORP

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Manuel Antonio Souza Espinoza,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

On or about March 31, 2022, within the District of Oregon, the defendant Manuel Antonio Souza Espinoza did (1) knowingly and intentionally possess with the intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841 (a)(1) and 841(b)(1)(B); and, (2) did knowingly Possess a Firearm in Furtherance of a Drug Trafficking Crime, in violation of Title 18, United States Code, Section 924(c).

Date: March 31, 2022

*Issuing officer's signature* Jolie A. Russo

City and state: Portland, Oregon

Hon. Jolie A. Russo, U.S. Magustrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

DATE 3/31/22
ARRESTED BY HSI
U.S. MARSHAL

*Arresting officer's signature*

*Printed name and title*